UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER LAWRENCE WHITE,<br>     Petitioner,<br>-v-<br>CONNIE HORTON,<br>     Respondent. | No. 2:19-cv-249<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court denied Christopher White's § 2254 petition for habeas relief. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: June 26, 2020             /s/ Paul L. Maloney
                      Paul L. Maloney
                      United States District Judge